UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THERESA LARA,

               Plaintiff,

     v.

JEANTTE M. LARA et al.,

               Defendants.

CASE NO. 3:24-cv-05415-LK

ORDER DISMISSING ACTION
WITHOUT PREJUDICE

This matter comes before the Court sua sponte. On July 2, 2024, the Court dismissed pro se Plaintiff Theresa Lara's complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and granted her leave to file an amended complaint by August 1, 2024. Dkt. No. 9 at 4. Ms. Lara failed to file an amended complaint or any request for an extension by that date. The Court therefore DISMISSES this case without prejudice.[1]

---

[1] Although the Court cautioned Ms. Lara that failure to file an amended complaint by August 1, 2024 would result in this action being dismissed with prejudice, *id.*, the Court exercises its discretion in this instance to dismiss this action without prejudice in light of Ms. Lara's pro se status.

1          The Clerk is directed to send uncertified copies of this Order to Ms. Lara at her last known

2    address.

3          Dated this 5th day of August, 2024.

4

5                                                      Lauren King
                                                       United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DISMISSING ACTION WITHOUT PREJUDICE - 2